NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MONSANTO COMPANY AND
MONSANTO TECHNOLOGY LLC,
*Plaintiff-Appellee,*

v.

VERNON HUGH BOWMAN,
*Defendant-Appellant.*

---

2010-1068

---

Appeal from the United States District Court for the Southern District of Indiana in case no. 07-CV-0283, Judge Richard L. Young.

---

## ORDER

Monsanto Company moves to deactivate this appeal and also moves for an extension of time to file its brief. Vernon Hugh Brown opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to deactivate is denied.

(2) Monsanto's motion for an extension of time is granted. Monsanto's brief is due within 21 days of the date of filing of this order.

FOR THE COURT

OCT 2 8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David B. Jinkins, Esq.
    Vernon Hugh Bowman

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 8 2010

**JAN HORBALY**
**CLERK**